

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00174-CR

GARY LYNN MOORE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 65,900-C, Honorable Leland W. Waters, Presiding

April 28, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant, Gary Lynn Moore, was indicted for delivery of a controlled substance, to-wit: cocaine, in an amount of one gram or more but less than four grams.[1] The indictment further alleged two prior felony convictions for purposes of punishment.[2] The jury convicted appellant of the indicted offense and, after finding the punishment enhancement paragraphs "True," sentenced appellant to serve 60 years in the

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112(c) (West 2010).

[2] *See* TEX. PENAL CODE ANN. § 12.42(d) (West Supp. 2013).

Institutional Division of the Texas Department of Criminal Justice. Appellant appealed and we will affirm.

Appellant's attorney has filed an *Anders* brief and a motion to withdraw. *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 498 (1967). In support of his motion to withdraw, counsel certifies that he has diligently reviewed the record, and in his opinion, the record reflects no reversible error upon which an appeal can be predicated. *Id.* at 744–45. In compliance with *High v. State*, 573 S.W.2d 807, 813 (Tex. Crim. App. 1978), counsel has candidly discussed why, under the controlling authorities, there is no error in the trial court's judgment. Additionally, counsel has certified that he has provided appellant a copy of the *Anders* brief and motion to withdraw and appropriately advised appellant of his right to file a *pro se* response in this matter. *Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). The Court has also advised appellant of his right to file a *pro se* response. Appellant has not filed a response.

By his *Anders* brief, counsel raises grounds that could possibly support an appeal, but concludes the appeal is frivolous. We have reviewed these grounds and made an independent review of the entire record to determine whether there are any arguable grounds which might support an appeal. *See Penson v. Ohio*, 488 U.S. 75, 109 S. Ct. 346, 102 L. Ed. 2d 300 (1988); *Bledsoe v. State*, 178 S.W.3d 824 (Tex. Crim. App. 2005). We have found no such arguable grounds and agree with counsel that the appeal is frivolous.

Accordingly, counsel's motion to withdraw is hereby granted, and the trial court's judgment is affirmed.[3]

Mackey K. Hancock
Justice

Do not publish.

---

[3] Counsel shall, within five days after this opinion is handed down, send his client a copy of the opinion and judgment, along with notification of appellant's right to file a *pro se* petition for discretionary review. *See* TEX. R. APP. P. 48.4.